FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Omar Avila Salmeron,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-CR-00461-FMO<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _____defendant_____, IT IS ORDERED that a detention hearing is set for __8/13/2024__, _____, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/8/2024__      _____
                         U.S. District Judge/Magistrate Judge